## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :  No. 633 MAL 2020

              Respondent                :

                                       :  Petition for Allowance of Appeal
                                       :  from the Order of the Superior Court

          v.                      :

                                       :

FRANCIS SOUTH,                     :

              Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.